# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hurwitz, Andrew D. | 9th Circuit | 11/2/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge | ☑ Nomination, Date 11/2/2011 <br> ☐ Initial  ☐ Annual  ☐ Final <br> 5b. ☐ Amended Report | 1/1/2010 <br> to <br> 10/31/2011 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 1501 West Washington <br> Phoenix, AZ 85007 | Reviewing Officer _____  Date _____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1  Trustee | Trust #1 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1 | |
| 2 | |
| 3 | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew D. | 11/2/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2009 | State of Arizona; salary | $152,325.50 |
| 2. | 2010 | National Conference of Bar Examiners; stipend | $6,000.00 |
| 3. | 2011 | National Conference of Bar Examiners; stipend | $3,500.00 |
| 4. | 2010 | State of Arizona; salary | $153,043.72 |
| 5. | 2011 | State of Arizona; salary | $125,192.34 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | Arizona State University; salary |
| 2. | 2011 | Arizona State University; salary |
| 3. | 2010 | Kendall Hunt Publishing; royalties |
| 4. | 2011 | Kendall Hunt Publishing; royalties |

## IV. REIMBURSEMENTS - *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1 | Exempt | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew D. | 11/2/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew D. | 11/2/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. U.S. Bank (Checking/Savings) | A | Interest | K | T | Exempt | | | | |
| 2. Interest in Real Estate Limited Partnership (Avondale Acres) | A | Distribution | K | W | Exempt | | | | |
| 3. Trust #1 | E | Int./Div. | O | T | Exempt | | | | |
| 4. ~Allianz NFJ Small Cap Value Fund P | | | | | | | | | |
| 5. ~Aton/Montage & Caldwell Growth Fund N | | | | | | | | | |
| 6. ~Blackrock Global Allocation Fund A | | | | | | | | | |
| 7. ~Delaware Diversified Income Fund A | | | | | | | | | |
| 8. ~First Trust ISE Global Copper Fund | | | | | | | | | |
| 9. ~Franklin High Yield Tax Free Fund A | | | | | | | | | |
| 10. Hartford Floating Rate Bond Fund A | | | | | | | | | |
| 11. Hartford Global Real Estate Asset Fund A | | | | | | | | | |
| 12. iShare Silver Trust Fund | | | | | | | | | |
| 13. ~IVA Int'l A Fund | | | | | | | | | |
| 14. ~Ivy Asset Strategy Fund A | | | | | | | | | |
| 15. Loomis Sayles Strategy Income Fund A | | | | | | | | | |
| 16. Loomis Sayles Bond Retail Fund | | | | | | | | | |
| 17. ~Mainstay High Yield Opportunity Fund A | | | | | | | | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,000 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2) U =Book Value; V =Other; W =Estimated

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -Market Vectors Agribusiness ETF | | | | | | | | | |
| 19. -Metropolitan WST Total Return Bond Fund M | | | | | | | | | |
| 20. -Oppenheimer Developing Markets Fund A | | | | | | | | | |
| 21. -Parnassus Equity Income Fund | | | | | | | | | |
| 22. -Pimco Emerging Markets Bond Fund A | | | | | | | | | |
| 23. -Pimco Total Return Fund A | | | | | | | | | |
| 24. -Pimco Unconstrained Bond Fund A | | | | | | | | | |
| 25. -Powershares DB Agricultural Fund | | | | | | | | | |
| 26. -Prudential Jennison Natural Resources Fund Z | | | | | | | | | |
| 27. -Royce 100 Fund Serv | | | | | | | | | |
| 28. -SPDR Gold Trust Gold Shares | | | | | | | | | |
| 29. -T Rowe Price Eqi-Inc Adv Fund | | | | | | | | | |
| 30. -Templeton Global Bond Fund A | | | | | | | | | |
| 31. -Third Avenue Focused Credit Investment Fund | | | | | | | | | |
| 32. -Third Avenue Real Estate Value Inst Fund | | | | | | | | | |
| 33. -Thornburg Int'l Value Fund I | | | | | | | | | |
| 34. -Wisdom Tree Emerging Markets Small Cap Fund | | | | | | | | | |

1) Income Gain Codes (See Columns B1 and D4): A =$1,000 or less; B =$1,001 - $2,500; C =$2,500 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000;
F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2) Value Codes (See Columns C1 and D3): J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000;
N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000;
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3) Value Method Codes (See Column C2): Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market;
U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew D. | 11 2 2011 |

# VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Calvert Income Fund A (Y) | | | | | | | | | |
| 36. -Columbia Value & Restructuring Fund A (Y) | | | | | | | | | |
| 37. -First Eagle Global Fund (Y) | | | | | | | | | |
| 38. -Franklin Mutual Quest Fund A (Y) | | | | | | | | | |
| 39. -Hartford Inflation Plus Fund A (Y) | | | | | | | | | |
| 40. -Ivy Limited Term Bond Fund A (Y) | | | | | | | | | |
| 41. -JP Morgan Research Market Neutral Fund (Y) | | | | | | | | | |
| 42. -Legg Mason WA Managed Municipal Fund A (Y) | | | | | | | | | |
| 43. -Northern Tax Exempt Fund (Y) | | | | | | | | | |
| 44. -Nuveen Tradewinds Value Opportunity Fund A (Y) | | | | | | | | | |
| 45. -Oppenheimer Int'l Bond Fund (Y) | | | | | | | | | |
| 46. -Principal Preferred Securities Fund A (Y) | | | | | | | | | |
| 47. -Powershares DB US S Ind Bear ETF (Y) | | | | | | | | | |
| 48. -TCW Total Return Bond Fund N (Y) | | | | | | | | | |
| 49. -Thornburg Int'l Value Fund I (Y) | | | | | | | | | |
| 50. -RS Emerging Markets Fund (Y) | | | | | | | | | |
| 51. -Van Eck Global Hard Assets Fund A (Y) | | | | | | | | | |

1. Income Gain Codes
(See Columns B1 and D4)
A = $1,000 or less
B = $1,001 - $2,500
C = $2,501 - $5,000
D = $5,001 - $15,000
E = $15,001 - $50,000
F = $50,001 - $100,000
G = $100,001 - $1,000,000
H1 = $1,000,001 - $5,000,000
H2 = More than $5,000,000

2. Value Codes
(See Columns C1 and D3)
J = $15,000 or less
K = $15,001 - $50,000
L = $50,001 - $100,000
M = $100,001 - $250,000
N = $250,001 - $500,000
O = $500,001 - $1,000,000
P1 = $1,000,001 - $5,000,000
P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000
P4 = More than $50,000,000

3. Value Method Codes
(See Column C2)
Q = Appraisal
R = Cost (Real Estate Only)
S = Assessment
T = Cash Market
U = Book Value
V = Other
W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew D. | 11/2/2011 |

# VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -American AMCAP Fund (Y) | | | | | | | | | |
| 53. -RS Emerging Markets Fund (Y) | | | | | | | | | |
| 54. IRA#1 | E | Int./Div. | N | T | Exempt | | | | |
| 55. -First Trust ISE Global Copper Fund | | | | | | | | | |
| 56. -IShare Silver Trust Fund | | | | | | | | | |
| 57. -Market Vectors Agribusiness Fund | | | | | | | | | |
| 58. -Powershares DB Agricultural Fund | | | | | | | | | |
| 59. -SPDR Gold Trust Gold Shares | | | | | | | | | |
| 60. -Wisdom Tree Emerging Markets Small Cap Fund | | | | | | | | | |
| 61. -Allianz NFJ Small Cap Value Fund P | | | | | | | | | |
| 62. -Aston/Montage & Caldwell Growth Fund N | | | | | | | | | |
| 63. -Blackrock Global Allocation Fund A | | | | | | | | | |
| 64. -Delaware Diversified Income Fund A | | | | | | | | | |
| 65. -Hartford Global Real Estate Asset Fund A | | | | | | | | | |
| 66. -Ivy Asset Strategy Fund A | | | | | | | | | |
| 67. -Loomis Sayles Strategy Income Fund A | | | | | | | | | |
| 68. -Mainstay Floating Rate Fund A | | | | | | | | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2) U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew D. | 11/2/2011 |

# VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. –Mainstay High Yield Opportunity Fund A | | | | | | | | | |
| 70. –Metropolitan WST Total Return Bond Fund M | | | | | | | | | |
| 71. –Oppenheimer Developing Markets Fund A | | | | | | | | | |
| 72. –Parnassus Equity Income Fund | | | | | | | | | |
| 73. –Pimco Emerging Markets Bond Fund A | | | | | | | | | |
| 74. –Pimco Total Return Fund A | | | | | | | | | |
| 75. –Prudential Jennison Natural Resources Fund Z | | | | | | | | | |
| 76. –Royce 100 Fund Serv | | | | | | | | | |
| 77. –Templeton Global Bond Fund A | | | | | | | | | |
| 78. –Third Avenue Focused Credit Investment Fund | | | | | | | | | |
| 79. –Third Avenue Real Estate Value Inst Fund | | | | | | | | | |
| 80. –Thornburg Int'l Value Fund I | | | | | | | | | |
| 81. –Calvert Income Fund A (Y) | | | | | | | | | |
| 82. –Dryden Short Term Corp Bond Fund A (Y) | | | | | | | | | |
| 83. –First Eagle Global Fund (Y) | | | | | | | | | |
| 84. –Hartford Inflation Plus Fund A (Y) | | | | | | | | | |
| 85. –Ivy Limited Term Bond Fund A (Y) | | | | | | | | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew D. | 11/2/2011 |

## VII. INVESTMENTS and TRUSTS  – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86  -JP Morgan Research Market Neutral Fund (Y) | | | | | | | | | |
| 87  -Nuveen Tradewinds Value Opportunity Fund A (Y) | | | | | | | | | |
| 88  -Oppenheimer Int'l Bond Fund (Y) | | | | | | | | | |
| 89  -Principal Preferred Securities Fund A (Y) | | | | | | | | | |
| 90  -Powershares DB US $ Ind Bear ETF (Y) | | | | | | | | | |
| 91  -Rydex/SGI Futures Strategic Fund A (Y) | | | | | | | | | |
| 92  -T Rowe Price Eqi-Inc Adv Fund (Y) | | | | | | | | | |
| 93  -TCW Total Return Bond Fund N (Y) | | | | | | | | | |
| 94  -Pimco Unconstrained Bond Fund A (Y) | | | | | | | | | |
| 95  -Van Eck Global Hard Assets Fund A (Y) | | | | | | | | | |
| 96  -American AMCAP Fund (Y) | | | | | | | | | |
| 97  IRA#2 | A | Int./Div. | N | T | Exempt | | | | |
| 98  -John Hancock Venture Annuity Fund | | | | | | | | | |
| 99  -Corporate Property Associates 15 REIT | | | | | | | | | |
| 100  IRA#3 | C | Int./Div. | L | T | Exempt | | | | |
| 101  -Morgan Stanley Bank N.A (Money Market Account) | | | | | | | | | |
| 102  -First Trust ISE Global Copper Fund | | | | | | | | | |

1 Income Gain Codes      A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes              J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000         M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000    O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                          P3 =$25,000,001 - $50,000,000                                                      P4 =More than $50,000,000
3 Value Method Codes      Q =Appraisal              R =Cost (Real Estate Only)  S =Assessment                 T =Cash Market
(See Column C2)           U =Book Value             V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew D. | 11/2/2011 |

# VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -SPDR Gold Trust Gold Shares | | | | | | | | | |
| 104. -Wisdom Tree Emerging Markets Small Cap Fund | | | | | | | | | |
| 105. -Allianz NFJ Small Cap Value Fund P | | | | | | | | | |
| 106. -Alton/Montage & Caldwell Growth Fund N | | | | | | | | | |
| 107. -Blackrock Global Allocation Fund A | | | | | | | | | |
| 108. -Columbia Value & Restructuring Fund A | | | | | | | | | |
| 109. -Delaware Diversified Income Fund A | | | | | | | | | |
| 110. -Hartford Global Real Estate Asset Fund A | | | | | | | | | |
| 111. -IVA Int'l A Fund | | | | | | | | | |
| 112. -Ivy Asset Strategy Fund A | | | | | | | | | |
| 113. -Loomis Sayles Strategy Income Fund A | | | | | | | | | |
| 114. -Mainstay High Yield Opportunity Fund A | | | | | | | | | |
| 115. -Metropolitan WST Total Return Bond Fund M | | | | | | | | | |
| 116. -Oppenheimer Developing Markets Fund A | | | | | | | | | |
| 117. -Parnassus Equity Income Fund | | | | | | | | | |
| 118. -Pimco Emerging Markets Bond Fund A | | | | | | | | | |
| 119. -Pimco Total Return Fund A | | | | | | | | | |

1. Income Gain Codes        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000   G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                     P4 =More than $50,000,000
3. Value Method Codes       Q =Appraisal            R =Cost (Real Estate Only)  S =Assessment            T =Cash Market
(See Column C2)             U =Book Value           V =Other                   W =Estimated

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. -Pimco Unconstrained Bond Fund A | | | | | | | | | |
| 121. -Prudential Jennison Natural Resources Fund Z | | | | | | | | | |
| 122. -Royce 100 Fund Serv | | | | | | | | | |
| 123. -Templeton Global Bond Fund A | | | | | | | | | |
| 124. -Third Avenue Focused Credit Investment Fund | | | | | | | | | |
| 125. -Third Avenue Real Estate Value Inst Fund | | | | | | | | | |
| 126. -Thornburg Int'l Value Fund I | | | | | | | | | |
| 127. -Calvert Income Fund A (Y) | | | | | | | | | |
| 128. -First Eagle Global Fund (Y) | | | | | | | | | |
| 129. -Ivy Limited Term Bond Fund A (Y) | | | | | | | | | |
| 130. -JP Morgan Research Market Neutral Fund (Y) | | | | | | | | | |
| 131. -Market Vectors Agribusiness ETF A (Y) | | | | | | | | | |
| 132. -Northern Tax Exempt Fund (Y) | | | | | | | | | |
| 133. -Nuveen Tradewinds Value Opportunity Fund A (Y) | | | | | | | | | |
| 134. -Oppenheimer Int'l Bond Fund (Y) | | | | | | | | | |
| 135. -Principal Preferred Securities Fund A (Y) | | | | | | | | | |
| 136. -TCW Total Return Bond Fund N (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,000 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew D. | 11/2/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. -RS Emerging Markets Fund (Y) | | | | | | | | | |
| 138. -Van Eck Global Hard Assets Fund A (Y) | | | | | | | | | |
| 139. -Rydex/SGI Futures Strategic Fund A (Y) | | | | | | | | | |
| 140. IRA#4 | B | Int./Div. | K | T | Exempt | | | | |
| 141. -Morgan Stanley Bank N.A. (Money Market Account) | | | | | | | | | |
| 142. -Alton/Montage & Caldwell Growth Fund N | | | | | | | | | |
| 143. -Blackrock Equity Dividend Fund A | | | | | | | | | |
| 144. -ING Global Real Estate Fund A | | | | | | | | | |
| 145. -Lazard Emerging Markets Open Fund | | | | | | | | | |
| 146. -Loomis Sayles Bond Retail Fund | | | | | | | | | |
| 147. -Metropolitan WST Total Return Bond Fund M | | | | | | | | | |
| 148. -Nuveen Tradewinds Value Opportunity Fund A | | | | | | | | | |
| 149. -Pimco Total Return Fund A | | | | | | | | | |
| 150. -Pioneer Cullen Value Fund A | | | | | | | | | |
| 151. -Prudential Jennison Natural Resources Fund A | | | | | | | | | |
| 152. -Royce Value Inv | | | | | | | | | |
| 153. -T Rowe Price High Yield Adv | | | | | | | | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2) U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew D. | 11/2/2011 |

# VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Templeton Global Bond Fund A | | | | | | | | | |
| 155. -Thornburg Int'l Value Fund A | | | | | | | | | |
| 156. -Dryden Short Term Corp Bond Fund A (Y) | | | | | | | | | |
| 157. -Henderson International Global Opportunities Fund A (Y) | | | | | | | | | |
| 158. -TCW Total Return Bond Fund N (Y) | | | | | | | | | |
| 159. -Oppenheimer Int'l Bond Fund (Y) | | | | | | | | | |
| 160. -Principal Preferred Securities Fund A (Y) | | | | | | | | | |
| 161. IRA#4 | A | Int./Div. | J | T | Exempt | | | | |
| 162. -Corporate Property Associates 15 REIT | | | | | | | | | |
| 163. -Morgan Stanley Bank N A. (Money Market Account) | | | | | | | | | |
| 164. IRA#5 (457) | E | Int./Div. | M | T | Exempt | | | | |
| 165. -Fidelity Contrafund 457 | | | | | | | | | |
| 166. -Neuberger Berman High Income Bond Fund | | | | | | | | | |
| 167. -T Rowe Price Midcap Group Advantage Fund | | | | | | | | | |
| 168. -PIMCO Total Return Fund | | | | | | | | | |
| 169. -American Funds Capital World Group Income Fund | | | | | | | | | |
| 170. -American Century Equity Income Investments | | | | | | | | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000;
(See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000;
(See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000;
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market;
(See Column C2) U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew D. | 11/2/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. –Vanguard Institutional Income Fund (Y) | | | | | | | | | |
| 172. –Fidelity Equity Income Fund (Y) | | | | | | | | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes                  J =$15,000 or less       K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                                    P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal              R =Cost (Real Estate Only)    S =Assessment              T =Cash Market
(See Column C2)              U =Book Value             V =Other                        W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 30 | 000 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 1 | 441 | 587 | Notes payable to relatives | | | |
| Unlisted securities – see schedule | | 363 | 001 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – personal residence | | 128 | 000 |
| Real estate owned – see schedule | | 750 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 150 | 000 | Auto loan/lease | | 40 | 000 |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 168 | 000 |
| | | | | Net Worth | 2 | 566 | 588 |
| Total Assets | 2 | 734 | 588 | Total liabilities and net worth | 2 | 734 | 588 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | 3 | 600 | | | | |
| Other special debt | | | | | | | |